lmv

**3**

United States District Court
Southern District of Texas
ENTERED
SEP 18 1998
Michael N. Milby, Clerk
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
SEP 18 1998
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANTONIO ESCOBAR | * |
| VS | * C.A. NO. B94 301 |
| STATE OF TEXAS | * |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This cause of action was initiated on October 31, 1994. Four years have elapsed and Plaintiff has failed to take any action to further prosecute his claims.

Because of the foregoing, this Court respectfully recommends that this cause of action be **dismissed** for failure to prosecute.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will

result from a failure to object. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 18TH day of September, 1998.

_____
John Wm. Black
United States Magistrate Judge