UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ANTONIO ESCOBAR                        *

VS                                     *   CIVIL ACTION NO.  B94 301

STATE OF TEXAS                         *

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be adopted.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause of action be **DISMISSED** for failure to prosecute.

DONE at ~~Brownsville~~ McAllen, Texas, this 26th day October, 1998.

Filemon B. Vela
United States District Judge